# In the United States Court of Federal Claims

|  |  |
|---|---|
| MONTANA HEALTH CO-OP, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 20-561C |
| v. ) | (Filed: February 13, 2023) |
| ) | |
| THE UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

On January 31, 2023, the parties filed a joint status report requesting a continuance of the stay of proceedings in this case. For good cause shown, the parties' request is hereby **GRANTED**. Accordingly, the stay in this case shall remain in effect.

The parties shall file a joint status report on or before **April 3, 2023**, advising the Court as to whether further proceedings are necessary.

**IT IS SO ORDERED.**

s/ Elaine D. Kaplan
ELAINE D. KAPLAN
Chief Judge