# In the United States Court of Federal Claims

|  |  |
|---|---|
| MONTANA HEALTH CO-OP, ) <br> ) <br> Plaintiff, ) <br> ) No. 20-561C <br> v. ) (Filed: April 4, 2023) <br> ) <br> THE UNITED STATES OF AMERICA, ) <br> ) <br> Defendant. ) | |

**ORDER**

On April 3, 2023, the parties filed a joint status report requesting a continuance of the stay of proceedings in this case (ECF No. 42). For good cause shown, the parties' request is hereby **GRANTED**. Accordingly, the stay in this case shall remain in effect.

The parties shall file a joint status report on or before **July 3, 2023**, advising the Court as to whether further proceedings are necessary.

**IT IS SO ORDERED.**

s/ Elaine D. Kaplan
ELAINE D. KAPLAN
Chief Judge