# In the United States Court of Federal Claims

|  |  |  |
|---|---|---|
| MONTANA HEALTH CO-OP, | ) | |
| Plaintiff, | ) ) ) | No. 20-561C |
| v. | ) ) | (Filed: December 4, 2023) |
| THE UNITED STATES OF AMERICA, | ) ) | |
| Defendant. | ) ) ) ) | |

**ORDER**

On November 28, 2023, the parties filed a joint status report requesting a continuance of the stay of proceedings in this case. ECF No. 54. For good cause shown, the parties' request is hereby **GRANTED**. Accordingly, the stay in this case shall remain in effect.

The parties shall file a joint status report on or before **January 26, 2024**, advising the Court of the status of settlement discussions.

**IT IS SO ORDERED.**

s/ Elaine D. Kaplan
ELAINE D. KAPLAN
Chief Judge